

ENTERED
10/01/2018

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FRANCIS' DRILLING FLUIDS, LTD., | § § | Case No. 18-35441 |
| Debtor. | § § | |
| In re: | § § § | Chapter 11 |
| FDF RESOURCES HOLDINGS LLC, | § § | Case No. 18-35442 |
| Debtor. | § § | |
| In re: | § § § | Chapter 11 |
| FRANCIS LOGISTICS, LLC, | § § | Case No. 18-35443 |
| Debtor. | § § | |

### ORDER FOR JOINT ADMINISTRATION OF CASES
[Relates to Dkt. No. ___]

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. __X__  One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. __X__  To the extent applicable, Case Nos. 18-35442 and 18-35443 shall be transferred to Judge Marvin Isgur, who has the lower numbered case.

3. __X__  Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. _____  Other: See below.

92593369.3

-9-

It is further

ORDERED that the above captioned cases are consolidated for procedural purposes only and shall be jointly administered under the case number assigned to Francis' Drilling Fluids, Ltd., Case No. 18-35441; and it is further

ORDERED that the caption of the cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FRANCIS' DRILLING FLUIDS, LTD., *et al.*, | § | Case No. 18-35441 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

And it is further

ORDERED that all original pleadings shall be captioned as provided in the preceding paragraph and all original docket entries shall be made in the case of Francis' Drilling Fluids, Ltd.; and it is further

ORDERED that a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are, as follows: Francis' Drilling Fluids, Ltd. (0574); FDF Resources Holdings LLC (1956); Francis Logistics LLC (9397).  Additional information regarding these cases may be obtained on the website of the Debtors' proposed claims and noticing agent at  www.jndla.com/cases/FrancisDrilling.  The Debtors' address is 100 Asma Blvd., Suite 151, Lafayette, LA 70508.

An order has been entered in this case directing joint administration of this case solely for procedural purposes with the chapter 11 bankruptcy case of Francis' Drilling Fluids, Ltd., Case No. 18-35441. The docket for Francis' Drilling Fluids, Ltd. should be consulted for all matters affecting this case.

And it is further

ORDERED that the Office of the United States Trustee may conduct joint informal meetings with Debtors, if one is required, and a joint first meeting of creditors, if one is required; and it is further

ORDERED that each of the Debtors shall file separate Schedules of Assets and Liabilities, Statements of Financial Affairs and, as applicable, Lists of Equity Security Holders; and it is further

ORDERED that proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed; and it is further

ORDERED that separate claims registers shall be maintained for each Debtor; and it is further

ORDERED that the Debtors are authorized to file the monthly operating reports required by the United States Trustee on a consolidated basis in a format acceptable to the United States Trustee; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Signed: October 01, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

92593369.3

-2-